# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ROBERT RIGGINS,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON AS TRUSTEE FOR CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-1; RECONTRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. aka MERS; and DOES 1 through 10, inclusive;<br><br>    Defendants. | Case No. 8:12-cv-00033-DOC-MLG<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL WITH PREJUDICE AND ORDER GRANTING ATTORNEY'S FEES  [85]<br><br>Date:        July 22, 2013<br>Time:       8:30 a.m.<br>Courtroom: 9D<br>Judge:       Hon. David O. Carter |

IR01DOCS690924.2.1

## I. Order Granting Defendant's Motion to Dismiss

After considering the Motion by Defendant The Bank of New York Mellon as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2007-1 to Dismiss Plaintiff Robert Riggins' Second and Third Causes of Action Under Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3) on July 22, 2013, the Court issued an Order Granting the Defendant's Motion to Dismiss (Doc. No. 75).

Accordingly, judgment is hereby entered, with prejudice, in favor of Defendant and against Plaintiff.

## II. Order Granting Attorney's Fees and Statutory Damages

After considering all filings relating to this matter, the Court awarded Plaintiff attorney's fees and costs.

Accordingly, the Court hereby awards Plaintiff a total of $3,975 in attorney's fees and costs. Additionally, in accordance with its Rule 68 offer, judgment is entered against Defendant in the amount of $4,001 in statutory damages.

Dated: May 8, 2014

*David O. Carter*

Hon. David O. Carter
United States District Court Judge